IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01131-CMA-KLM

MARK G. GLAZIER LIVING TRUST, and
GLAZIER FAMILY 2004 IRREVOCABLE TRUST,

    Plaintiffs,

v.

MOUNT YALE INVESTMENT ADVISORS, LLC,
MOUNT YALE PRIVATE EQUITY FUND, L.P.,
MOUNT YALE PRIVATE EQUITY PARTNERS, LLC,
MOUNT YALE CAPITAL GROUP, LLC,
MOUNT YALE ASSET MANAGEMENT, LLC, and,
MOUNT YALE GUARDIAN FUND, A SERIES OF MOUNT YALE MASTER PORTFOLIOS, L.P.,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Agreed Motion Requesting Entry of a Protective Order** [Docket No. 34; Filed September 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#34-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 6, 2013