IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01131-CMA-KLM (Consolidated for all purposes with
Civil Action No. 13-cv-01133-CMA-KLM

MARK G. GLAZIER LIVING TRUST, and
GLAZIER FAMILY 2004 IRREVOCABLE TRUST,

    Plaintiffs,

v.

MOUNT YALE INVESTMENT ADVISORS, LLC,
MOUNT YALE PRIVATE EQUITY FUND, L.P.,
MOUNT YALE PRIVATE EQUITY PARTNERS, LLC,
MOUNT YALE CAPITAL GROUP, LLC,
MOUNT YALE ASSET MANAGEMENT, LLC, and
MOUNT YALE GUARDIAN FUND, a series of
MOUNT YALE MASTER PORTFOLIOS, L.P.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION AND FOR STAY

This matter is before the Court on Plaintiffs' Unopposed Motion to Compel Arbitration and for Stay (Doc. # 28).  The Court, having reviewed the motion and being otherwise fully advised in the premises, hereby

ORDERS that the Unopposed Motion to Compel Arbitration and for Stay (Doc. # 28) is GRANTED.  It is

FURTHER ORDERED that Plaintiffs' claims against Defendants Mount Yale Private Equity Fund, Mount Yale Highland Fund, Mount Yale Private Equity Partners,

Mount Yale Capital Group, Mount Yale Asset Manager, and Mount Yale Guardian Fund are COMPELLED to arbitration.  It is

FURTHER ORDERED that this case is STAYED only as to Defendants Mount Yale Private Equity Fund, Mount Yale Highland Fund, Mount Yale Private Equity Partners, Mount Yale Capital Group, Mount Yale Asset Manager, and Mount Yale Guardian Fund.  It is

FURTHER ORDERED that all other claims in this case remain active and all pending deadlines are unchanged.

DATED:  September __24__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge