IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01131-CMA-KLM

MARK G. GLAZIER LIVING TRUST, and
GLAZIER FAMILY 2004 IRREVOCABLE TRUST,

    Plaintiffs,

v.

MOUNT YALE INVESTMENT ADVISORS, LLC,
MOUNT YALE PRIVATE EQUITY FUND, L.P.,
MOUNT YALE PRIVATE EQUITY PARTNERS, LLC,
MOUNT YALE CAPITAL GROUP, LLC,
MOUNT YALE ASSET MANAGEMENT, LLC,
MOUNT YALE GUARDIAN FUND, A SERIES OF MOUNT YALE MASTER PORTFOLIOS, L.P.,
ROGER C. BOWDEN, and
MOUNT YALE HIGHLAND FUND, L.P., f/k/a Mount Yale Managers Fund,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Leave to File Sur-reply in Opposition to Defendant's Reply Brief Regarding its Motion to Enforce Settlement Agreement** [#78][1].

    IT IS HEREBY **ORDERED** that the Motion [#78] is **GRANTED**.[2]  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiffs' Sur-reply in Opposition to Defendants' Motion to Enforce Settlement Agreement [#78-1] for filing as of the date of this Minute Order.

    Dated:  March 17, 2014

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

[2] The Court may rule on a pending motion at any time.  D.C.COLO.LCivR 7.1(d).